B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kim Miller-Huggins | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 6971 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>101 Washington Blvd., Apt. 3<br>Oak Park, IL                ZIP CODE 60302 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>101 Washington Blvd., Apt. 3<br>Oak Park, IL                ZIP CODE 60302 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Kim Miller- Huggins |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Baker Thomas and Rally Capital
(Name of landlord that obtained judgment)

350 N. LaSalle Street, Suite 1100
Chicago, IL 60654
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Kim Miller- Huggins |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Debtor

X
Signature of Joint Debtor

770-454-6645
Telephone Number (if not represented by attorney)

9-6-13
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Kim Miller- Huggins. Pro Se
Printed Name and title, if any, of Bankruptcy Petition Preparer

*[redacted]*
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X *[signature]*    9-6-13
Signature    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Kim C Miller-Huggins          Case No. _____
       Debtor                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                          Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
Date: 9-6-13

7/16/07

ERS Solutions   B-12898677   5/30/07      TRS Recovery Serv.
P.O. Box 9004                              P.O. Box 17450
Renton, WA 98057                           ~~Houston, TX~~ Denver, CO 80217
Cingular  287891809                        LaSalle Bank:
907.94                                     30530L6592860
877.317.1200 x2767                         Telecheck                TRS Rec. Ser.
                                           414.96                  P.O.B 60022
                                                                   City of Indust
Credit Collec. Serv.  2/18/08                                      California,
Check Processing Center                                            91716
P.O. Box 55126                             Dr. David Skaro 6/21/11  713.567.0499
Boston, MA 02205                           1699 E. Woodfield Rd Ste 575
CCS# 090035 92047                          Schaumburg, IL 60173
Chase · 1110000071599913 2                 5,249.94
478.66
877.573.2067


Mira Med Rev Group/Westlake Hosp.   8/14/08
P.O. Box 536         Acct W12065918
Linden, MI 48451
Ref# 4531650
630.620.8909


CPS. Secu.     Ref# 3343106     6/10/12
P.O. Box 782408
San Antonio, TX 78278
877.882.5153
~~2178468~~  502.37

② 

Both same 2

Keep

First Premier Bank — CCB P.O.B 272 Springfield, IL    1/5/08
5177607319564645    5300 S. 6th St.    62705
P.O. Box 5147    Sprig. IL 62703
Sioux Falls, SD 57117    File # NR 8099
800-987-5521    ~~336636~~ 405.24

NCO    5/21/07
507 Prudential Rd.
Horsham, PA 19044
Progressive Insurance Po # 32589
acct # 162572360001 37124 R
478.12
877-517-1978

Law office Mitchell Kay    8/23/07
205 W. Randolph St. #920
Chicago, IL 60606
T Mobile  349636686-B
440.21

RJM Acquisitions  10165826694    3/26/08
Black Expressions  842409364
575 Underhill Blvd Suite 224
Syosset, NY 11791
92.31
516-714-1310 fax

3

Credit Mang. Serv. — 3/8/08
1375 E. Woodfield Rd Suite 160 / P.O. Box 931
Schaumburg, IL 60173 / Brookfield, WI 53008
847 969.7975
Hanis N.A.  acct # 9009412H-2910617303
466.95    Client Ref # Hanis 04232
866.294.0331

Midland Credit Mang. — 3/16/08
P.O. Box 1259
Oak, PA 19456
First North American National · 414682000867190
Mid acct # 8523400062
782.31
800 282-2644

National Recovery Systems — 2/26/08
2304 Tarpley Dr #134
Carrollton, TX 75006
866 797-6790
Village Players  acct # 551121
695.00

NCO Financial Serv.   1/4/08   P.O Box 15456
1804 Washington Blvd (Mailstop 450)   Wilmington, DE 19850
Baltimore, MD 21230
800 677-0744
1322.72    Applied Bank Credit Card

① Kim Miller Huggins - ~~Please note~~   Fax # 312-332-0600
   773-459-6645

4

1/24/1

Afni                          ☞ 1310 Martin Luther King Dr.  ○
P.O. Box 223721              P.O. Box 3427
Dallas, TX 75222             Bloomington, IL 61702

Afnicollections.com    1·888·804·2409
a. acc # 044865237·02 / T MOBILE
Creditors acc # 347762403
72.03

Cmi                                                    1/21/0
4200 International Parkway    & P.O. Box 118288
Carrollton, TX 75007          Carrollton, TX 75011
Comcast· 798201190694417· with 450157
Cmi # 0360035212
806 377-7723
698.32

First Collection Service                               3/14/0
10924· Otter Creek E Blvd·
Mabelvale, AR 72103
acct # 247412                    Capital One AutoFin
Navigator communications         3905 Dallas Parkway
88.20                            Plano, TX 75093
800·754·1915                     acct 3831946
                                 Finger Hut Ridgewood  $3?
US Cellular Dept 0203            6250 Ridgewood Rd·
Palatine, IL 60055               Saint Cloud, MN 5630?

5

PLS Loan Store
1900 W. Roosevelt Rd
Broadview, IL 60153
1,179.00

Settlers Housing Service, Inc
1095 P.O. Box
Oak Park, IL 60304
708 320-9699
3750.00

Power & Moon
707 Lake Cook Rd.
Suite 102
Deerfield
Acct # 30802532
10/26/07
249.99

Neil J. Green
250 Parkway Dr.
Suite 280
Lincolnshire, IL 60069
acct# 01-01-0150227
9/1/09
4,687.00

Village of Oak Park
P.O. Box 88550
Carol Stream, IL 60188
Acct # 251-008357
715.00

ComEd
P.O. Box 6111
Carol Stream, IL 60197
Acct # 57982 10059
340.00

Nicor Gas
Acct# 10·89·66·74271
Meter # 1191792
P.O. Box 5407
Carol Stream, IL 60197
920.00

⑨                                           6                                   2/2

Convergent Outsourcing T·77309532  7/2/12   Alliance One
©J.P. Morgan Chase Bank ·1110000007159993.32   P.O. Box 3104
P.O. Box 9004                                Southeastern, PA 1939
Renton, WA 98057                             Vion Holding 50°°
448.66                                       → 3120128

                                             Ref 71675
NCO  U01280        4/28/08                   4/24/08
P.O. Box 4907                                Centurion Serv. Corp
Trenton, NJ 08650                            1606 Colonial Parkway
AT+T  acct # 287891809                       Inverness, IL 60067
956.95 or 1129.20                            847 776 3500
                                             ID. 2006069
Unique 8873951    1/25/10                    # 74736-5670 JUL-08
Metropolitan Library System                  $400
P326848836                                              10/9/0-
120.00                                       Centurion Serv. Corp
                                             1606 Colonial Parkway
                                             Inverness, IL 60067
NCO              7/14/11                     847 776 3500
P.O. Box 15740                               ID 2006068
Wilmington, DE 19850                         # 74737-5670 JUL-08
Triton Spring 2010 # 091881                  $99
479.99
C2#1HVM9-9C5BEBV

                                                        7/4/05
Calvalry 0008694 → mail    National Action Fina. Serv
KeyBank 518828             P.O. Box 9027
24,665.76 / 25,654.25      Williamsville, NY 14231
                           866 529 1899

① 

# Moving/Parking Tickets

Village of Bellwood
Municipal Collection Serv. Inc.
P.O. Box 327
Palos Heights, IL 60463
Acct # 000171942
200.00  / Lic. Plate L224174   12/13/11
P2257172  250.00

Arnold Scott Harris (Toll booth)
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654
Acct # 339231621
283.20
Lic. Plate 8079911

Village of Bellwood
Photo Enforcement
Notice # 170010016202029614
License L224174
$ 200.-    8/18/11

Village of Oak Park
Office of Adjudication
License Plate 8079911
1N041915   1/5/11   80.00
1C054902   3/30/11  80.00
1G068011   7/22/11  110.00
270.00

Village of Oak Park
c/o MSB Parking
P.O. Box 10479
Newport Beach, CA
92658-0479
License Plate L224174
$ 120.00

TN138409
1A079846   7/20/11   60.00
1F011527   7/27/11   60.00
P10132347  12/29/11  20.00

Arnold Scott Harris
111 W. Jackson Blvd Ste 600
Chicago 60604
Notice # 5116617240
Lic. Plate 8079911   10/10/09
Ticket # 00057489966
$ 244
Lic. Plate L224174  1/3/12
Ticket # 09181827916
$ 122

Village of Forest Park
Photo Enforcement
Notice # 170290021703098
Lic. Plate P565917
$ 200.00

# Moving/Parking Tickets

② 

Village of Forest Park  &  Village of Maywood
Photo Enforcement  40 Madison St.
Notice # 17029002169 66933  Maywood, 60153
Lic Plate P565917  Citation # M718407
$200.00  10/1/11
11/2/12  Lic. Plate L224174
  60.00

City of Chicago
Department of Law
Dept. of Finance  Village of Oak Park
P.O. Box 88292  123 Madison St.
Chicago, IL 60680  Oak Park
Notice # 5159125760  Citation # IL033111
Ticket # 700445772   12/15/12  Cit. # P10141896
P565917  Ct# P10132347
$1,200.

Village of Tinley Park, IL
Red Light Photo
7850 183rd St.
Tinley Park, IL 60477
Notice # TNP13000331   1/26/13

Eagle Accounts Group / LaGrange County, Indiana
P.O. Box 7012
Indianapolis IN 46207
Case # 44D01-1006-IF-03805